

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Johnathan Robert Wimberley,      * From the 90th District Court
of Stephens County,
Trial Court No. F35901

Vs. No. 11-21-00100-CR      * February 3, 2022

The State of Texas,      * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.